IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**
SEP 1 3 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| THE STATE OF MONTANA,<br><br>Plaintiff,<br><br>vs.<br><br>THE REAL PROPERTY LOCATED AT 6350 W. MONTANA HIGHWAY 200 WITH ALL IMPROVEMENTS AND FIXTURES THEREON; A 2008 BLACK CHEVROLET SILVERADO, VIN NO. 3GCEK13J78G240938, REGISTERED TO DENNIS PEIKER; A 1986 JOHN DEERE EXCAVATOR, SERIAL NO. 3866; A RED POLARIS SPORTSMAN 600 ATV WITH TRACKS, WITH ATTACHED VIN NO. OF 4XAMH26A671208155; A YELLOW POLARIS SPORTSMAN 400 ATV, WITH ATTACHED VIN NO. OF 4XACH12A84A054964; A GREEN POLARIS MAGNUM 425 ATV WITH GREEN CART,<br><br>Defendants. | CV 15–74–H–CCL<br><br>ORDER FOR DEPOSIT OF FUNDS |

| UNITED STATES OF AMERICA, |
| Counterclaimant, |
| v. |
| THE STATE OF MONTANA |
| Counter-Defendant, |
| AND |
| DENNIS PEIKER; PAMELA PEIKER, A.K.A., PAMELA ST. GEORGE; MARK MONROE; BRIAN WISEMAN, |
| Additional Defendants on Counterclaim. |

The Clerk of Court's office received a cashier's check from the IRS today in the amount of $194,900. In accordance with L.R. 67.1 and Paragraph 7(g) of the Court's previous Order of Foreclosure and Judicial Sale (Doc. No. 63),

IT IS HEREBY ORDERED that the recently received funds be deposited in a non-interest bearing account and held until further order by the Court.

DATED this 13th day of September, 2018.

Charles C. Lovell
Senior United States District Judge